IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JIMMY L. BROWN                                                                                                    PLAINTIFF

vs.                                              Civil No. 4:21-cv-04040

ANGELA GAMMAGE
*Individually and as an Officer of*
*Hope, Arkansas Police Department*                                                DEFENDANT

## ORDER

Before the Court is Plaintiff's *in forma pauperis* motion and Motion for Service. Previously, the Court provisionally denied the IFP motion; upon reconsideration of Plaintiff's IFP motion, the Court finds it should be **GRANTED**, and Plaintiff may proceed in this case without payment of the filing fee.

The Court directs the U.S. Marshal to serve a copy of the Amended Complaint filed on July 7, 2021 (ECF No. 5) and a copy of this order on Defendant Gammage by serving Defendant Gammage at the following address:

>   Officer Angela Gammage
>   Hope Police Department
>   312 S. Washington Street
>   Hope, Arkansas  71801

without prepayment of fees and costs or security thereof.  Defendant Gammage is ordered to answer within twenty-one (21) days from the date of service.

The Clerk is directed to prepare and issue a summons and a USM 285.

**IT IS SO ORDERED this 7th day of January 2022.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE