IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JIMMY L. BROWN                                                                                          PLAINTIFF

vs.                                               Civil No. 4:21-cv-04040

ANGELA GAMMAGE                                                                                    DEFENDANT

## ORDER

Defendant Angela Gammage was served with Summons pursuant to this Court's Order on January 31, 2022.  ECF No. 20.  In response, the Defendant filed a Motion to Dismiss (ECF No. 17) and the undersigned has recommended the Motion to Dismiss be granted (ECF No. 22).  On March 19, 2022, Defendant was served with Summons a second time and has a current answer date of April 11, 2022.   No Answer is required at this time as the Report and Recommendation (ECF No. 22), recommending dismissal of this action is pending.

**IT IS THEREFORE ORDERED**, should the Court adopt the Report and Recommendation this matter will be dismissed, and no answer will be required.  **IT IS FURTHER ORDERED**, should the Court decline to adopt the Report and Recommendation, Defendant Gammage shall file her Answer within fourteen (14) days of the entry of the Order declining to adopt the Report and Recommendation.

**IT IS SO ORDERED this 4th day of April 2022.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE